# United States Court of Appeals
# for the Fifth Circuit

———————

No. 22-50893
Summary Calendar

———————

United States Court of Appeals
Fifth Circuit

**FILED**
July 17, 2023

Lyle W. Cayce
Clerk

United States of America,

*Plaintiff—Appellee*,

*versus*

Maurillo Montoya,

*Defendant—Appellant*.

———————————————————

Appeal from the United States District Court
for the Western District of Texas
USDC No. 7:22-CR-118-3

———————————————————

Before Jones, Haynes, and Oldham, *Circuit Judges.*

Per Curiam:[*]

The attorney appointed to represent Maurillo Montoya has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Montoya has filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein, as well as Montoya's

————————————

[*] This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

No. 22-50893

response.  We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review.  Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the appeal is DISMISSED.  *See* 5TH CIR. R. 42.2.